Kenneth L. Neeley, 025899
Brian M. Blum, 024243
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ecf@neeleylaw.com

*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Peter William Klett and Stephanie Leigh Klett,<br><br>        Debtors. | Chapter 13<br>Case No.: 2:13-bk-12270-SSC<br>**Objection to Proof of Claim Filed by Deutsche Bank National Trust Co.**<br>**Claim: 15**<br>**Filed: 11/26/2013** |

Debtors Peter William Klett and Stephanie Leigh Klett object to the following proof of claim:

    Claim No.: 15
    Claimant: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11, ASSET-BACKED CERTIFICATES, SERIES 2006-11
                 c/o Pite Duncan LLP
                  PO BOX 17933
                  San Diego, CA 92177-0933
    Account No.: -4614
    Amount: Pre-petition arrears: $962.43
                Total Secured Claim: $230,251.28

1. Claimant is the holder of note secured by deed of trust to the Debtors' residence.

2. The proof of claim form indicates a pre-petition arrearage of $962.43; however the supporting documents indicate a pre-petition arrearage of $7,646.97.

3. Upon information and belief the true pre-petition arrearage is in fact $7,646.97.

4. Debtors have submitted a proposed confirmation order to the Chapter 13 Trustee which proposed to pay the true acreage amount. The Trustee has rejected the SOC because of the conflict between the proof of claim form and the supporting documents.

5. Counsel for the Claimant has stated, informally, to undersigned counsel that the proof of claim form will be amended to match the supporting documents upon approval by the Claimant; however several weeks have passed and no amendment has been made.

*Wherefore*, Debtors request that the Court enter an order declaring that the true pre-petition arrears for this claim are $7,646.97 and that all other aspects of the Proof of Claim shall remain the same.

DATED: March 25, 2014  **NEELEY LAW FIRM, PLC**

*/s/Brian M. Blum*
Kenneth L. Neeley
Brian M. Blum
2250 E. Germann Rd., Ste. 11
Chandler, AZ 85286
*Attorneys for Debtors*